IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03332-NRN

MARIELA HILARIO YUCRA,

     Petitioner,

v.

JUAN BALTASAR, Warden of GEO Group Aurora Inc., in his official capacity;
GEORGE VALDEZ, Acting Director of Denver Field Office, U.S. Immigration and Customs Enforcement, in his official capacity;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, in his official capacity; and
TODD BLANCHE, Acting U.S. Attorney General, in his official capacity,

     Respondents.

---

## ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

Before the Court is Petitioner's Petition for Writ of Habeas Corpus. ECF No. 1. Having reviewed the Petition, the Court ORDERS Petitioner to, no later than July 27, 2026, (1) serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order, by e-mail and by overnight mail, and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance. Within three calendar days of service, Respondents are ORDERED TO RESPOND to the Petition and are ORDERED TO SHOW CAUSE as to why the Petition should not be granted.

Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and in order to preserve the Court's jurisdiction, Respondents SHALL NOT REMOVE Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order. *See also Vizguerra-Ramirez v. Choate*, et. al, Case No. 1:25-cv-881, D. Colo., ECF No. 11 at 45 (collecting cases); *F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 603 (1966); *Local 1814, Int'l Longshoremen's Ass'n v. New York Shipping Ass'n*, 965 F.2d 1224, 1237 (2d Cir. 1992).

2

It is further ORDERED that within three calendar days of service, the parties shall complete and file the Consent/Non-Consent Form (ECF No. 3) indicating either the unanimous consent of the parties or that consent has been declined.

Date: July 24, 2026 _____